IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| SUSAN ISBERNER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) Case No. 2:20-cv-02001-JAR-KGG |
| WALMART, INC., | ) |
| | ) |
| Defendant. | ) |
| | ) |

**PLAINTIFF'S FIRST SET OF INTERROGATORIES TO DEFENDANT**

Plaintiff hereby propounds on Defendant Walmart, Inc. the following Interrogatories under Rule 33 of the Federal Rules of Civil Procedure:

**DEFINITIONS AND INSTRUCTIONS**

1. The term "Defendant," "You," or "Your" refer to Walmart, Inc. and all its divisions, as well as its successors, predecessors, current or former officers, directors, members, assigns, agents, attorneys, subsidiaries, employees, contractors, representatives, or any other person acting or purporting to act on its behalf.

2. "Person" means an individual, corporation, partnership, limited partnership, limited liability company or partnership, association, joint stock company, estate, legal representative, trust, unincorporated association, government or any political subdivision or agency thereof, and any business or legal entity, and their respective spouses, heirs, predecessors, successors, representatives, and assignees.

3. Whenever identification of a person is required, the following shall be separately stated with precision as to each person:

    a. the name and last known business address or location and phone number of each person; and

      b.  if such person is an individual, additionally state:

          i.  the business position or positions held by that individual at the time or times for which such identification is requested; and

          ii.  such person's last known residence address and telephone number;

      c.  if such person is not an individual, but rather an entity or organization, additionally identify the individual(s) employed by or representing such entity or organization who has knowledge of the matter at issue.

4.    Where identification or a description of a document or information is required, the following shall be separately stated with precision:

      a.  date, exact title, and the nature and substance of the document or information with sufficient particularity to enable it to be identified and located within any production;

      b.  name of the author, his or her business affiliation (presently and at the time the document or information was prepared), and his or her last known address and telephone number;

      c.  name, business affiliation (both presently and at the time the document or information was prepared) and the last known address of the addressee;

      d.  name, business affiliation (both presently and at the time the document or information was prepared) and the last known address of every person to whom a copy of the document or information was to be sent, other than the addressee described above;

      e.  the names and addresses of all persons who now possess either the original or any copy of the document or information;

      f.  the identification and location of the files where the original and each copy of the document or information are normally or presently kept; and

      g. if such document or information is no longer in existence, state:

          i. the circumstances surrounding its destruction or discarding;

          ii. the date and reasons for such destruction or discarding; and

          iii. the identity of the person(s) who ordered and supervised the destruction or discarding.

5. If you answer any interrogatory by reference to business records identify such records by Bates number and the name of your employee certifying the documents as business records for purposes of answering the interrogatory.

## INTERROGATORIES

1. Identify the persons who provided information to answer any of the following interrogatories, their titles, and the questions they provided information for.

**ANSWER:**


2. Identify all employees who have complained of sex discrimination, sexual harassment, age discrimination, disability discrimination, and/or retaliation since January 1, 2009 (including filing Charges of Discrimination and lawsuits), and for each employee:

    a. State the basis of the complaint;

    b. Identify the individuals named in the complaint; and

    c. Identify the complainants' dates of employment and job titles.

**ANSWER:**


3. Identify all employees who investigated Plaintiff's complaints of discrimination. For each employee identify the dates of employment and job title.

**ANSWER:**

4. Identify all complaints from January 1, 2009 to the present (formal or informal, and internal to or outside of Defendant's management or Human Resources), investigations (formal or informal, and internal to or outside of Defendant's management or Human Resources), or audits (formal or informal, and internal to or outside of Defendant's management or Human Resources) against, or of, the Defendant and which are about allegations that Defendants or any of its employees engaged in discrimination based on a person's age, gender, and/or disabilities and for each, identify the person or agency making the allegation, investigating it, or performing an audit (and complete contact information for them), and identify whether the complaint was filed in court and, if it was, provide the name of the court and case number.

**ANSWER:**


5. With respect to Plaintiff's Document Request regarding electronic searches, please provide the following specific information:

    a. Search terms utilized in conducting searches.

    b. Date range or ranges utilized in conducting searches.

    c. Date(s) when searches were conducted.

    d. Specific identity of devices searched (e.g. server, mobile phone, laptop, etc.).

    e. Identity (including contact information) of persons who conducted the searches.

    f. Are all documents responsive to the searches being produced to Plaintiff?

    g. If the answer to the preceding question is No, provide the identity (including contact information) of persons who decided all responsive documents should not be produced, and whether the non-produced documents have been described on a privilege lot produced by Defendant to Plaintiff.

**ANSWER:**

6.  Identify all persons with knowledge of the facts alleged in Plaintiff's Complaint. In doing so, please provide a short description of the knowledge or information each individual is believed to possess.

  a. Include names, dates of employment, job titles, and current contact information.

**ANSWER:**

Dated:   April 3, 2020

Respectfully submitted,

*/s/ Jack McInnes*
Jack McInnes, Bar No. 21898
Pamela Nagel Jorgensen, Bar No. 27716
MCINNES LAW LLC
1900 West 75th Street, Suite 120
Prairie Village, KS 66208
Telephone: (913) 220-2488
Facsimile: (913) 273-1671
jack@mcinnes-law.com
pam@mcinnes-law.com

ATTORNEYS FOR PLAINTIFF

**CERTIFICATE OF SERVICE**

I hereby certify that on this 3rd day of April 2020, a true and correct copy of the foregoing document was emailed to counsel for Defendant.

By: */s/ Jack McInnes*